KLMKH, Inc.
FEIN  82-2633612
A Division of Orpheum Property, Inc.
Balance Sheets

### ASSETS

|  | December 31, 2021 | February 28, 2022 |
|---|---:|---:|
|  | (Unaudited) | (Unaudited) |
| **Current Assets** | | |
| Cash and cash equivalents | $ 1,568 | $ 1,565 |
| Drilling escrow | 25,873 | - |
| Total Current Assets | 27,441 | 1,565 |
| **Fixed Assets, Net of DDA** | | |
| Field equipment | 1,754,199 | 1,754,199 |
| Vehicles | 24,097 | 24,097 |
| Proved, Producing assets | | |
| Asset retirement costs | 52,000 | 52,000 |
| Capitalized production costs | 761,615 | 761,615 |
| Production equipment, wells, pipelines | 17,319,463 | 17,319,463 |
| Total Fixed Assets | 19,911,374 | 19,911,374 |
| **Other Assets** | - | - |
| Total Other Assets | - | - |
| **TOTAL ASSETS** | $ 19,938,815 | $ 19,912,939 |

### LIABILITIES & STOCKHOLDER'S EQUITY

|  | Decenber 31, 2021 | March 31, 2021 |
|---|---:|---:|
|  | (Unaudited) | (Unaudited) |
| **Current Liabilities** | | |
| Accrued Salaries | $ | $ 32,000 |
| ARC judgement | 4,667,880 | 4,667,880 |
| Total Current Liabilities | 4,667,880 | 4,699,880 |
| **Long Term Liabilities** | | |
| Asset Retirement Liability | 52,000 | 52,000 |
| Equipment loan | 3,800 | 3,800 |
| Total Long Term Liabilities | 55,800 | 55,800 |
| Total Liabilities | 4,723,680 | 4,755,680 |
| **Stockholder's Equity** | | |
| Capital in Excess of Par | 15,215,135 | 15,157,239 |
| Retained Earnings | - | - |
| Total Stockholders' Equity | 15,215,135 | 15,157,239 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 19,938,815 | $ 19,912,919 |