KLMKH, Inc.
82 - 2633612
A Division of Orpheum Property, Inc.
Statements of Cash Flow

|  | Year Ended December 31, 2021 | Two Months Ended February 28, 2022 |
|---|---:|---:|
| **Cash Flows from Operating Activities** | | |
| Net Profit (Loss) | $ (2,881,842) | $ (53,526) |
| Amortization & depreciation expense | 386,781 | - |
| Stock based compensation | - | |
| Loss on ARC Contract | 2,523,689 | |
| Deferred Revenue recognition | (335,224) | |
| Adjustments to reconcile net loss to net used by operating activities | | |
| (Increase) Decrease in: | | |
| Other receivables | 3,737 | |
| Drilling escrow | 25,873 | |
| Increase (Decrease) in : | | |
| Accounts Payable | (193,957) | |
| Accrued Expenses | (44,555) | 32,000 |
| Net Cash Provided (Used) by Operations | (515,498) | (21,526) |
| | | |
| **Cash Flows from Investing Activities** | | |
| Proceeds from sale of assets | 2,500 | |
| Net Cash Provided (Used) by Investing Activities | 2,500 | - |
| | | |
| **Cash Flows from Financing Activities** | | |
| Payments on equipment loan | (6,301) | - |
| Net transfers (to) from Orpheum Property Inc. | 521,508 | 21,523 |
| Net Cash Provided (Used) by Investing Activities | 515,207 | 21,523 |
| | | |
| Net Increase (Decrease) in Cash | 2,209 | (3) |
| | | |
| Beginning Cash Balance | (641) | 1,568 |
| | | |
| Ending Cash Balance | $ 1,568 | $ 1,565 |