KLMKH, Inc.
82 - 2633612
A Division of Orpheum Property, Inc.
Statements of Operations

|  | Year Ended December 31, 2021 | Two Months Ended February 28, 2022 |
|---|---:|---:|
| Revenues | $ 567,264 | $ - |
| **Cost of Sales** | | |
| Production Expenses | 185,911 | 20 |
| Production Wages | 104,586 | 16,887 |
| Taxes | 3,418 | - |
| Total Cost of Sales | 293,915 | 16,907 |
| Total Gross Profit | 273,349 | (16,907) |
| **General & Administrative Expense** | | |
| Management salaries | 192,000 | 32,000 |
| Bank fees | - | 3 |
| Repair & maintenance | 1,506 | |
| Fuel expenses | 6,805 | |
| Equipment lease | 6,080 | |
| Education expense | 2,700 | |
| License & permits | 166 | |
| Utilities | 37,964 | 4,616 |
| Total General & Administrative Exp | 247,221 | 36,619 |
| Net Profit (Loss) from Operations | 26,128 | (53,526) |
| **Other Income (Expense)** | | |
| Gain on Sale of Asset | 2,500 | - |
| Loss on ARC Contract | (2,523,689) | - |
| Interest expense | - | - |
| DDA expense | (386,781) | - |
| Total Other Income (Expense) | (2,907,970) | - |
| NET PROFIT (LOSS) | $ (2,881,842) | $ (53,526) |