IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>KLMKH, Inc.,<br>a North Carolina corporation,<br><br>      Debtor. | Case No. 22–_____<br><br>Chapter 11<br>Subchapter V |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

  Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

  1. For legal services, I have agreed to accept . . . . . . . . . . <u>To be billed at my hourly rate of $425/hour, as may be allowed by the Court.</u>

  2. Prior to the filing of this statement I have received . . . . . $<u> 20,000, which is being held in the Pearce Law PLLC IOLTA Trust Account.</u>

 *Includes $1,717 filing fee

  3. Balance Due . . . . . . . . . . . . . . $<u> 0, as of the petition date (excluding reimbursement for the filing fee)</u>.

  4. The source of the compensation paid to me was:

  ☐ Debtor      ☒ Other

  5. The source of compensation to be paid to me is:

  ☒ Debtor      ☐ Other

  6. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

1

☐ I have agreed to share the above-disclosed compensation with any other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

7. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

- Filing the petition for relief under Subchapter V of Chapter 11;

- Preparation and filing of any petition, schedules, statements of affairs and plan which may be required; and

- Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

8. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

All services provided on and after the petition date other than as listed above.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*Date:* March 10, 2022
*Signature of Attorney:* /s/ Bradley E. Pearce
*Name of law firm:* PEARCE LAW PLLC