

FILED & JUDGMENT ENTERED
Steven T. Salata

March 25 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re: | |
| KLMKH, Inc., a North Carolina corporation, | Case No. 22–30102 |
| Debtor. | Chapter 11 Subchapter V |

## ORDER GRANTING DEBTOR'S *EX PARTE* MOTION
## TO SHORTEN NOTICE

**THIS MATTER** came before the Court on the *ex parte* motion of debtor KLMKH, Inc., asking the Court to shorten notice for the hearing on the Debtor's Motion to Shorten Notice (Doc. 13) so that the Court will hear the motion at the regular Chapter 11 hearing day, March 29, 2022.

1

2

For good cause shown, the Court **GRANTS** the *ex parte* motion to shorten notice and **ORDERS** that the hearing on the Motion to Extend will be heard on March 29, 2022, at 9:30 a.m.

**SO ORDERED.**

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

**UNITED STATES BANKRUPTCY COURT**