# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>KLMKH, Inc.,<br>a North Carolina corporation,<br><br>　　　　　　　　　　　　　Debtor. | Case No. 22–30102<br><br>Chapter 11<br>Subchapter V |

## *CORRECTED* NOTICE OF HEARING

Please take notice that the Court will conduct a hearing on the Debtor's Motion to Extend the time for filing the Debtor's schedules, statement of financial affairs, and other documents, which motion was filed on March 24, 2022 (Doc. 13). The hearing will be held at 9:30 a.m. on Tuesday, March 29, 2022, in Courtroom 2B of the Charles R. Jonas Federal Building, located at 401 West Trade Street, Charlotte, North Carolina.

March 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　／s／ Bradley E. Pearce
　　　　　　　　　　　　　　　　　　　　　　　Bradley E. Pearce
　　　　　　　　　　　　　　　　　　　　　　　NC State Bar No. 18368
　　　　　　　　　　　　　　　　　　　　　　　PEARCE LAW PLLC
　　　　　　　　　　　　　　　　　　　　　　　101 N. Tryon Street, Suite 112
　　　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28246
　　　　　　　　　　　　　　　　　　　　　　　704-910-6385
　　　　　　　　　　　　　　　　　　　　　　　980-321-0593 (fax)
　　　　　　　　　　　　　　　　　　　　　　　brad@pearcepllc.com

　　　　　　　　　　　　　　　　　　　　　　　Prospective Counsel for KLMKH, Inc.

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true copy of the preceding Notice of Hearing has been served on the date hereof on the parties receiving electronic notice via ECF or, if so indicated below, by U.S. mail.

March 28, 2022

                                        /s/ Bradley E. Pearce
                                        Bradley E. Pearce
                                        NC State Bar No. 18368
                                        PEARCE LAW PLLC
                                        101 N. Tryon Street, Suite 112
                                        Charlotte, NC 28246
                                        704-910-6385
                                        980-321-0593 (fax)
                                        brad@pearcepllc.com