UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KLMKH, Inc., | ) | Case No. 22-30102 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF EXHIBITS

PLEASE TAKE NOTICE that ARC LPW I LLC ("ARC"), by and through counsel, has filed its Motion to Dismiss Bankruptcy Case, or Alternatively, for Relief from Stay and Adequate Protection [Doc. No. 21] (the "Motion") in the above-captioned bankruptcy case. Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Motion.

PLEASE TAKE FURTHER NOTICE that, attached hereto, please find the following Exhibits submitted in connection with the Motion:

- Exhibit A: Hook Declaration

- Exhibits B-1 and B-2: Leavenworth County Judgment Registration and Jefferson County Judgment Registration, respectively

- Exhibits C-1 to C-6: Press Releases

- Exhibit D: Minyard Declaration and Report

Dated: March 28, 2022

*/s/ Ethridge B. Ricks*
Ethridge B. Ricks
N.C. State Bar No. 48046
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: 704.343.2000
Fax: 704.343.2300
E-mail: bricks@mcguirewoods.com

*Counsel for ARC LPW I LLC*