UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KLMKH, Inc., | ) | Case No. 22-30102 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that ARC LPW I LLC ("ARC"), by and through counsel, has filed its Motion to Dismiss Bankruptcy Case, or Alternatively, for Relief from Stay and Adequate Protection [Doc. No. 21] (the "Motion").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be conducted before the Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, 401 West Trade Street, Courtroom 2B, Charlotte, NC 28202 on **April 26, 2022 at 9:30 A.M. (ET)**.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion at said hearing.

Dated: March 28, 2022

*/s/ Ethridge B. Ricks*
Ethridge B. Ricks
N.C. State Bar No. 48046
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: 704.343.2000
Fax: 704.343.2300
E-mail: bricks@mcguirewoods.com

*Counsel for ARC LPW I LLC*