

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 22−30102
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
KLMKH, Inc.
11117 Saintsbury Place
Charlotte, NC 28270
Social Security No.:
Debtor EIN:
82−2633612

---

# ORDER SETTING STATUS CONFERENCE

In accordance with Subchapter V of Chapter 11 of Title 11 of the United States Code, the court hereby **ORDERS** as follows:

1. The court will convene a status conference on May 24, 2022 at 10:00 AM at Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2B, Charlotte, NC 28202. Debtor and Debtor's counsel shall appear.

2. At least 14 days prior to the date of the foregoing status conference, Debtor shall file the report required by 11 U.S.C § 1188(c) and shall serve that report on the Trustee and all parties in interest.

3. The Clerk is hereby directed to serve this Notice on all interested parties.

**SO ORDERED.**
Dated: March 29, 2022

BY THE COURT

J. Craig Whitley
United States Bankruptcy Judge

Electronically filed and signed (3/29/22)