

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 22−30102
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   KLMKH, Inc.
   11117 Saintsbury Place
   Charlotte, NC 28270
   Social Security No.:
   Debtor EIN:
   82−2633612

---

# CLERK'S CORRECTIVE NOTICE

**PLEASE TAKE NOTICE** that the Order mailed by the court on March 29, 2022 incorrectly stated that the Status Hearing time is set for 10:00 am.

**PLEASE TAKE FURTHER NOTICE** that The correct time is 9:30 am.

Dated: March 29, 2022                                                              Steven T. Salata
                                                                                   Clerk of Court

Electronically filed and signed (3/29/22)